UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:21-cv-00837-TJC-PDB

ENDRIT KOLICI,
individually and on behalf of all
others similarly situated,
     Plaintiff,
v.
MONTWAY, LLC,
     Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Endrit Kolici, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff are hereby dismissed without prejudice. All claims of the putative class members are dismissed without prejudice.

Date: August 11, 2022

Respectfully submitted,

By: **HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
Telephone: 954-400-4713
*Counsel for Plaintiff*