**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ENDRIT KOLICI, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                                                                    Case No. 3:21-cv-837-TJC-PDB

MONTWAY, LLC,

     Defendant.

_____

## O R D E R

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 40), filed on August 11, 2022, this case is **DISMISSED without prejudice**. The hearing scheduled for August 15, 2022, at 2:00 PM is **VACATED**. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies:

Counsel of record